# Court of Appeals
# of the State of Georgia

ATLANTA,___November 10, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0158. HOOD-BAHADURI v. BRANDRIFF et al.**

This appeal was docketed on September 12, 2014. Appellant was required to file a brief and enumeration of errors by October 2, 2014. See Court of Appeals Rule 23 (a). On October 23, 2014, Appellees filed a motion to dismiss the appeal on the grounds that Appellant failed to file a brief and enumeration of errors in support of his appeal. As of October 30, 2014, Appellant still had not submitted a brief and enumeration of errors, nor had Appellant requested an extension. Accordingly, Appellees' motion to dismiss is GRANTED and Case Number A15A0158 is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___11/10/2014___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*